JOSEPH LAROCQUE, Respondent, *v.* NEW YORK HERALD COMPANY, Appellant.

*Larocque* v. *N. Y. Herald Co.*, 165 App. Div. 903, affirmed.
(Argued January 31, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages for an alleged libel published in the *Evening Telegram* of November 12, 1912, a newspaper owned and published by the defendant. The alleged libelous article related to an alleged arrest in an action based upon criminal conversation of one Joseph Larocque. The defense was that the matter complained of was correct in every respect and was a fair synopsis of the court papers in the action except in the one particular that the defendant's name, "John Larocque," was erroneously printed "Joseph Larocque."

*Robert W. Candler* and *John H. Bogardus* for appellant.

*Charles F. Brown* and *Roderic Wellman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, POUND and CRANE, JJ. Not sitting: CARDOZO, J.